JP:WDS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

M11-896

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

BRENDA VELASQUEZ,

        Defendant.

- - - - - - - - - - - - - - - -X

C O M P L A I N T

(21 U.S.C. §§ 952(a)
and 960)

EASTERN DISTRICT OF NEW YORK, SS:

    DEREK BERGMAN, being duly sworn, deposes and states that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such.

    Upon information and belief, on or about September 4, 2011, within the Eastern District of New York and elsewhere, defendant BRENDA VELASQUEZ did knowingly, intentionally and unlawfully import into the United States from a place outside thereof heroin, a Schedule I controlled substance.

    (Title 21, United States Code, Sections 952(a) and 960).

    The source of your deponent's information and the grounds for his belief are as follows:[1]

---

   [1]   Because the purpose of this Complaint is to state only probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1. On September 4, 2011, the defendant BRENDA VELASQUEZ arrived at John F. Kennedy International Airport in Queens, New York, aboard JetBlue Airlines Flight No. 842 from Santiago, Dominican Republic.

2. The defendant BRENDA VELASQUEZ was selected by Customs and Border Protection ("CBP") Inspectors for a routine inspection. During an examination of the defendant's baggage, CBP Inspectors noticed that defendant COURTNEY NOELLE DAVIS appeared nervous, and avoided eye contact during routine questioning regarding her travel.

3. At that point, the defendant was escorted to a private search area, where the defendant was asked to remove all items from her pockets. The defendant then removed two small bundles of toilet paper containing a total of five pellets. A probe of one of the pellets revealed a brown, powdery substance that field tested positive for heroin. The defendant was then provided with an x-ray consent form, which she appeared to understand and agreed to sign.

4. The defendant was then taken to the JFK medical facility, where an x-ray was taken of defendant's intestinal tract, which was positive for foreign bodies. While at the medical facility, the defendant passed a total of 54 additional pellets containing heroin. The total gross weight of heroin being transported by the defendant was approximately 1,072.1

3

grams.

WHEREFORE, your deponent respectfully requests that defendant BRENDA VELASQUEZ be dealt with according to law.

DEREK BERGMAN
Special Agent
Homeland Security Investigations

Sworn to before me this
6th day of September, 2011

_____
THE HONORABLE ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK